DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAMELA BARRIER,** As Guardian of the Person and Property of **CHAD A. BARRIER,**
Appellant,

v.

**JFK MEDICAL CENTER LIMITED PARTNERSHIP,** d/b/a **JFK MEDICAL CENTER, PALM BEACH EMERGENCY MEDICAL ASSOCIATES, P.L.,** A Limited Liability Corporation, **JASON SEVALD, M.D., ARMOR CORRECTIONAL HEALTH SERVICES, INC.,** A Florida Corporation, **TANYA BEAUMONT, L.P.N., SHARA DAVIS, L.P.N., PATRICIA SALMON, L.P.N., GARRY J. BEAUZILE, M.D.,** and **PIERRE DORSAINVIL, M.D.,**
Appellees.

No. 4D14-560

[November 12, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack S. Cox, Judge; L.T. Case No. 502012CA022822XXXXMB.

Howard S. Grossman of Grossman Attorneys At Law, Boca Raton, and Joel S. Perwin of Joel S. Perwin, P.A., Miami, for appellant.

Jedidiah Vander Klok, Mark Hicks and Dinah Stein of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for appellee JFK Medical Center Limited Partnership, d/b/a JFK Medical Center.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, and Jami L. Gursky of Cole, Scott & Kissane, P.A., Fort Lauderdale for appellees Armor Correctional Health Services, Inc., Tanya Beaumont, L.P.N., Shara Davis, L.P.N., Patricia Salmon, L.P.N., Garry J. Beauzile, M.D., and Pierre Dorsainvil, M.D.

PER CURIAM.

In light of our reversal of the summary judgment in *Barrier v. JFK Medical Center Ltd. Partnership,* 169 So. 3d 185 (Fla. 4th DCA 2015) (case no. 4D13-3041), we reverse the January 27, 2014 final judgment

awarding costs against plaintiff, Pamela Barrier, as guardian of the person and property of Chad A. Barrier, and remand for further proceedings.

*Reversed and remanded.*

CIKLIN, C.J., GERBER and LEVINE, JJ., concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***